UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ANTHONY PENA,<br><br>    Plaintiff,<br><br>    v.<br><br>J. JUAREZ, et al.,<br><br>    Defendants. | No. 1:23-cv-01400-JLT-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND THE TIME TO FILE WAIVERS OF SERVICE OF PROCESS<br><br>(ECF No. 17) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' request to extend the time to file waivers of service of process, filed February 15, 2024.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file waivers of service on behalf of Defendants Juarez and Valencia is extended to **March 18, 2024**, and the time to file a responsive pleading is extended to **April 17, 2024**.

IT IS SO ORDERED.

Dated:   **February 15, 2024**

UNITED STATES MAGISTRATE JUDGE

1