UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ANTHONY PENA,<br><br>        Plaintiff,<br><br>    v.<br><br>J. JUAREZ, et al.,<br><br>        Defendants. | No. 1:23-cv-01400-JLT-SAB (PC)<br><br>ORDER REGARDING WAIVER OF SERVICE OF PROCESS AS TO DEFENDANT J. VALENCIA<br><br>(ECF Nos. 16, 19) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On January 12, 2024, the Court directed service of the summons and first amended complaint on Defendants Juarez and Valencia. (ECF No. 14.)

On January 17, 2024, CDCR filed a notice of intent to waive service on behalf of Defendants Juarez and Valencia. (ECF No. 16.)

On February 15, 2024, by way of special appearance, the Office of the Attorney General sought an extension of time to file waivers of service of process on behalf of Defendants Juarez and Valencia. (ECF No. 17.)

On February 16, 2024, the Court Defendants' request and extended the time to file waivers of service of process to March 18, 2024, and the time to file a responsive pleading to April 17, 2024. (ECF No. 18.)

1

On March 18, 2024, the Office of the Attorney General filed a waiver on behalf of Defendant J. Juarez only.  (ECF No. 19.)

It is not clear whether the Office of the Attorney General intends to waive service of behalf of Defendant Valencia as indicated by the CDCR's notice of intent to waive service as to this Defendant.  (ECF No. 16.)

Accordingly, it is HEREBY ORDERED that:

Within **ten (10)** days from the date of service of this order, the Office of Attorney General shall either:

(1) file a waiver of service of process on behalf of Defendant Valencia; or

(2) statement that the Office of the Attorney General will not represent Defendant Valencia.

IT IS SO ORDERED.

Dated:   **March 25, 2024**

UNITED STATES MAGISTRATE JUDGE