UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ANTHONY PENA, | No. 1:23-cv-01400-JLT-SAB (PC) |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CHANGE PLAINTIFF'S ADDRESS OF RECORD |
| v. | |
| J. JUAREZ, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for a video conference settlement conference on August 8, 2024. In issuing the writ of habeas corpus ad testificandum for Plaintiff's appearance at the remote settlement conference, the Court viewed the California Department of Corrections and Rehabilitations (CDCR) inmate locator website and found that Plaintiff is currently housed at Calipatria State Prison, not Corcoran State Prison as reflected on the docket in this case. See https://apps.cdcr.ca.gov/ciris/results?cdcrNumber=G60501.[1] Because of the imminent proceedings in this matter, the Court will make a one-time exception and direct the Clerk of Court to change Plaintiff's address of record based on CDCR's website. See Local Rule 182(f) (all

---

[1] This Court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201; see also City of Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute.").

1

1  parties are "under a continuing duty" to notify the clerk of "any change of address[.]").
2  Accordingly, it is HEREBY ORDERED that the Clerk of Court shall change Plaintiff's address of
3  record to reflect Calipatria State Prison.

4
5  IT IS SO ORDERED.

6  Dated:  **July 3, 2024**

                                                UNITED STATES MAGISTRATE JUDGE