UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ANTHONY PENA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. JUAREZ, et al.,<br><br>　　　　Defendants. | No. 1:23-cv-01400-JLT-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE DANIEL ANTHONY PENA, CDCR # G60501<br><br>(ECF No. 29) |

　　　A settlement conference in this matter commenced on August 8, 2024. Inmate Daniel Anthony Pena, CDCR # G60501 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

　　Dated:   **August 8, 2024**　　　　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1