# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ANTHONY PENA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAREZ, et. al,<br><br>    Defendants. | Case No. 1:23-cv-01400-JLT-SAB (PC)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 26) |

The Court conducted a settlement conference in this action on August 8, 2024, at which the parties reached a settlement agreement and which terms were placed on the record.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

    1. All pending matters and dates in this action are VACATED; and

    2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated: __August 8, 2024__                    /s/ *Barbara A. McAuliffe*  _
                                                                  UNITED STATES MAGISTRATE JUDGE